# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY S. DAUBERT,<br><br>             Plaintiff,<br><br>    v.<br><br>CITY OF LINDSAY,<br><br>             Defendant.<br>_____/ | CASE NO. 1:10-cv-01430-AWI-SMS<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED<br>*IN FORMA PAUPERIS*<br><br>(Doc. 2) |

By a motion filed August 10, 2010, Plaintiff Timothy S. Daubert seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

IT IS SO ORDERED.

Dated:   August 11, 2010            /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE